1  BARRY J. PORTMAN
   Federal Public Defender
2  COLLEEN MARTIN
   Assistant Federal Public Defender
3  555 12th St. – Suite 650
   Oakland, CA 94607-3627
4  Tel. 510-637-3500

5  Counsel for Defendant SIMS

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,          )   No. CR 93-432 SBA
11                                     )
                                       )   STIPULATION AND [PROPOSED]
                  Plaintiff,           )   ORDER FOR CONTINUANCE OF
12                                     )   STATUS ON SUPERVISED
        v.                             )   RELEASE REVOCATION
13                                     )   PROCEEDINGS
                                       )
14                                     )
   DARRYL SIMS,                        )
15                                     )
                                       )
                  Defendant.           )
16 _____ )

17
        IT IS HEREBY STIPULATED, by and between the parties to this action, that the STATUS
18
   ON REVOCATION HEARING date of September 1, 2009, scheduled at 9:00 a.m., before the
19
   Honorable Saundra Brown Armstrong, be vacated and reset as a STATUS ON REVOCATION
20
   HEARING on November 10, 2009 at 9:00 a.m.
21
        The continuance is necessary because the sole charge alleged in the Form 12 Petition for
22
   Revocation is based on a local arrest of Mr. Sims. No charges have yet been filed in state court
23
   as a result of that arrest, and the parties agree that the outcome of that matter will likely affect the
24
   supervised release revocation proceedings. The continuance will allow sufficient time for any
25
26

state court matter to be resolved. In addition, Mr. Sims underwent shoulder surgery on August 18, 2009, and is unable to drive during a six-week period of recuperation. The continuance will allow him time to recuperate.

The Probation Office does not object to this request. No exclusion of time is necessary, given that this matter relates to supervised release.

DATED: August 18, 2009          /s/
                                CHRISTINA McCALL
                                Assistant United States Attorney

DATED:  August 18, 2009         /s/
                                COLLEEN MARTIN
                                Assistant Federal Public Defender
                                Counsel for Darryl Sims


SIGNATURE ATTESTATION
I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.


ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the date for STATUS ON REVOCATION HEARING scheduled for September 1, 2009, at 9:00 a.m., be vacated and reset on November 10, 2009 at 9:00 a.m. No Speedy Trial Act concerns are implicated because this is a supervised release matter.

SO ORDERED.

DATED: 8/20/09                  _Saundra B. Armstrong_
                                SAUNDRA BROWN ARMSTRONG
                                United States District Judge